IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN G. MATSON,<br><br>Defendant. | No. 6:15-cr-83-Orl-JAJ-KRS<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On April 9, 2015, an Information was filed against defendant Steven G. Matson, charging him with conspiracy, in violation of 18 U.S.C. § 371. On May 28, 2015, defendant appeared before United States Magistrate Judge Karla R. Spaulding and entered a plea of guilty to Count 1 of the Information. On this same date, Judge Spaulding filed a Report and Recommendation in which she recommends that defendant's guilty plea be accepted. No objections to Judge Spaulding's Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Spaulding's recommendation to accept defendant's plea in this case.

## II. ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district court must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b)(3). In this case, no objections have been filed, and it appears to the court upon review of Judge Spaulding's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Spaulding's Report and Recommendation of May 28, 2015, and accepts defendant's plea of guilty in this case to Count 1 of the Information.

**IT IS ORDERED**.

**DATED** this 14th day of September, 2015.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA