UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                    CASE NO.   6:15-cr-83-Orl-JAJ-KRS
                                                 (Forfeiture)

**STEVEN G. MATSON**

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on United States' Motion for Entry of a Forfeiture Money Judgment in the amount of $1,412,265, Doc. 30, which, at sentencing, shall be a final order of forfeiture as to defendant Steven G. Matson. The Court, being fully advised in the premises, hereby finds as follows:

1. That the Court found that as a result of Steven G. Matson's conspiracy offenses, in violation of 18 U.S.C. § 371, $1,412,265 in proceeds were obtained; and

2. That, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2), the United States is entitled to a Forfeiture Money Judgment in the amount of $1,412,265 against the defendant Steven G. Matson.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion is GRANTED. It is FURTHER **ORDERED** that defendant Steven G. Matson is liable to the United States of America for a Forfeiture Money Judgment in the

amount of $1,412,265, pursuant to 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, this 14th day of September, 2015.

```
_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
```

Copies to:   Attorneys of record